J. H. Burkhart, appellee, v. David Harold Cashion et al., appellants. Gen. No. 35,878.

Opinion filed October 4, 1932.
William R. Peacock, for appellants. Theodore Sharf, for appellee.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Dr. Roy R. Grinker, appellee, v. Carroll, Schendorf & Boenicke, Inc., appellant. Gen. No. 35,889.

Opinion filed October 4, 1932.
Adams & Adams, for appellant; Frank W. Steel, of counsel. Louis W. Reinecker, Jr., for appellee.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Lillian McQuillen, defendant in error, v. William H. Evans, plaintiff in error. Gen. No. 35,902.

Opinion filed October 4, 1932.
Miller, Gorham, Wales & Adams, for plaintiff in error; Amos C. Miller and Herbert C. DeYoung, of counsel. Clarence Kammermann and J. J. Cooke, for defendant in error.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Anna Hopstein, plaintiff in error, v. Frank Warady, defendant in error. Gen. No. 35,911.

Opinion filed October 4, 1932. Rehearing denied October 15, 1932.
Arnold M. Ehrlich, for plaintiff in error; Elwyn E. Long, of counsel. Meyers & Meyers, for defendant in error.
Mr. Presiding Justice Kerner delivered the opinion of the court.

George Baptist, appellee, v. Mendelson Bros. Paper Stock Company, appellant. Gen. No. 35,930.

Opinion filed October 4, 1932.
John A. Bloomingston, for appellant. William Gillespie, for appellee.
Mr. Presiding Justice Kerner delivered the opinion of the court.